IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LAMONT R. REED, | |
|---|---|
| Petitioner, | 8:19CV448 |
| vs. | |
| SCOTT FRAKES, Director of the Nebraska Dept. of Corr. Svcs., | ORDER |
| Respondent. | |

IT IS ORDERED that Respondent shall file its response to Petitioner's Motion for Documents (Filing no. 13) on or before February 20, 2020.

Dated this 4th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge