IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAMONT R. REED,

                    Petitioner,                          **8:19CV448**

          vs.

                                                          **ORDER**

SCOTT FRAKES, Director of the
Nebraska Dept. of Corr. Svcs.,

                    Respondent.

          IT IS ORDERED that Petitioner's Motion to Proceed in Forma Pauperis
(Filing no. 23) is granted.

          Dated this 15th day of June, 2020.

                                        BY THE COURT:

                                        *Richard G. Kopf*

                                        Richard G. Kopf
                                        Senior United States District Judge